UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00008

**Jeremy Benjamin Haines,**
*Plaintiff,*

v.

**Commissioner of the Social Security Administration,**
*Defendant.*

# O R D E R

Plaintiff filed this action under 42 U.S.C. § 405(g) for judicial review of the commissioner's denial of his application for disability benefits under the Social Security Act. Doc. 1. The case was referred to a magistrate judge. The magistrate judge issued a report recommending that the decision of the commissioner be reversed and that this case be remanded to the Commissioner of the Social Security Administration for further proceedings. Doc. 14 at 11. Neither party filed timely objections to the report.

When no party timely objects to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record, the court is satisfied that there is no clear error. Specifically, the magistrate judge found that the administrative law judge (ALJ) failed to adequately explain its reasoning as to the consistency factor. Doc. 14 at 10. ALJs are required to "articulate [their] consideration of medical opinions" and "explain how [they] considered the supportability and consistency factors." 20 C.F.R. § 404.1520c(b). Because the ALJ failed to do so, the court accepts the magistrate judge's findings and recommendations.

The decision of the commissioner is reversed. This case is remanded to the Commissioner of the Social Security Administration for proceedings consistent with this order.

*So ordered by the court on October 1, 2025.*

J. CAMPBELL BARKER
United States District Judge